# EXHIBIT A



Hiscox Insurance Company Inc.

# Application Summary

The following outlines the details you have given us about your business. We have relied on the accuracy of this information in order to issue your policy. If any of the items below are incorrect or have changed, please call us at so that we can update your policy details.

| Your policy | |
|---|---|
| Policy number: | P101.854.022.1 |
| Quote reference number: | Q101.854.022.001 |
| Product: | Commercial General Liability |
| Business name: | Highline Developers NY Inc & HSK Management Inc |
| Business address: | 2888 Gerritsen Ave |
| City: | Brooklyn |
| State: | NY |
| Zip code: | 11229 |
| County: | Kings |
| Name: | Eli Shilian |
| Email address: | Eli@▇▇▇ |
| Telephone number: | 347-668-7189 |
| Per occurrence limit of liability: | $1,000,000 |
| Aggregate limit of liability: | $2,000,000 |
| Deductible: | $0 |
| Revenue: | $50,000 |
| When would you like your policy to start? | May 7, 2023 |

| Locations | |
|---|---|
| Covered Location 1: | 2888 Gerritsen Ave<br>Brooklyn<br>NY<br>11229 |
| Revenue: | ▇▇▇ |

| Your business | |
|---|---|
| Class of Business: | Project management |



Hiscox Insurance Company Inc.

| Your business | |
|---|---|
| Your business's ownership structure | Corporation |
| Is your business operated out of your home? | No |
| Do you currently have an insurance policy in effect for the coverage requested? | Prefer Not to Answer |
| How many owners are there in your company? Note: Owners include active partners and executive officers. | 1 |
| What is your employee payroll for the next 12 months (include full time and part time)? Note: Exclude owners, clerical employees, independent contractors, or subcontractors. | [redacted] |
| How many employees are there in your company (include full time and part time)? Note: Exclude owners, clerical employees, independent contractors, or subcontractors. | 1 |
| **Project management** | |
| Does your business perform any design, construction, installation, removal, or physical repair of any property or tangible good? | No |
| Does your business provide any of the following services (check all that apply)?<br>• Aerospace consulting or advice<br>• Architecture or engineering advice<br>• Construction management or advice<br>• Environmental consulting or advice<br>• General contracting<br>• Land acquisition<br>• Law enforcement training<br>• Medical advice<br>• Mining consulting or advice<br>• Oil, gas, or petroleum consulting or advice<br>• Safety consulting or advice<br>• Sales representative<br>• None of the above | None of the above |
| Do you or your business supply, manufacture, distribute any tangible goods or products? | No |

| Statements About Your Business | |
|---|---|
| As the individual completing this transaction, you are authorized to purchase and bind this insurance on behalf of the entity applying for coverage. | Agree |
| Your business is not controlled or owned by any other firm, corporation, or entity. | Agree |
| For the entire period of time that you have owned and controlled the business, you have not sold, purchased or acquired, discontinued, merged into or consolidated with another business. | Agree |



Hiscox Insurance Company Inc.

| Statements About Your Business | |
|---|---|
| Your business has never had any commercial insurance cancelled or rescinded. | Agree |

| Business Activities | |
|---|---|
| Your business does not conduct any of the following activities: | Agree |
| - Automotive repair or sales | |
| - Food service/restaurant operations | |
| - Medical Services | |
| - Retail Operations | |
| Note: This does not include the activities of your clients in any of these industries. | |

| Claims and Loss History | |
|---|---|
| Based upon your knowledge and the knowledge of your business's current and past partners, officers, directors and employees, during the last five years a third party has never made a claim against your business and you do not know of any reason why someone may make a claim. | Agree |

### General Liability

The limits of liability represent the total amount available to pay judgments and settlements for any claims. We are not liable for any amounts that exceed these limits.

If coverage is provided, it shall apply only to occurrences that take place during the policy period.

Judgments, settlements and claims expenses incurred are subject to a deductible amount. The deductible is the amount you must pay before we will make any payments under the policy. Some coverage may not be subject to a deductible, in which case you are not required to make payments before any payments are made under the policy. Please consult the policy language for details.

If you have knowledge of any circumstance that may lead to a loss or a claim being made against you, coverage will be excluded if such loss occurs or claim is made.

Occurrences that took place prior to the inception of the policy are excluded.

Policies are underwritten by Hiscox Insurance Company Inc., which provides payment to Hiscox Inc. for its role in the sale and administration of each issued policy. You may obtain information about compensation for Hiscox Inc. based on the sale of a policy or any quotes presented by requesting such information from Hiscox Inc.



Hiscox Insurance Company Inc.

### Fraud Warning

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

### Policy Cancellation Statement

You have 14 days from inception of your policy/policies to review your documents. If you have no losses or reported claims, you have the right to cancel back to inception for a full refund.

### Other General Confirmation Statements

**Important New York disclosure for claims-made policies.** We are required by the State of New York to bring your attention to some important information about claims-made insurance policies.

| | |
|---|---|
| **Optional Terrorism**<br>You have declined to purchase optional terrorism coverage. | Yes |
| **Optional Business Personal Property Coverage**<br>You have declined to purchase optional business personal property and equipment coverage. | Yes |
| <ul><li>You can receive your policy documents and important notices, including cancellation and nonrenewal notices, in electronic or paper form.</li><li>We will send documents by email or US mail to the address you have provided. You must notify us if your email or street address changes.</li><li>For electronic documents, you will need a computer with Internet access and the ability to receive external emails; software such as Adobe Reader® to view and save PDF documents; and a printer to create paper copies.</li><li>You can always withdraw your consent to receive documents by email. We will then send documents to you by US mail at no added cost.</li><li>To update your email or street address, or to request paper documents, you can contact us at .</li></ul> | Agree to receive policy documents by email<br>Agree to receive important notices by email |

The information you provided is accurate and complete and has been used to accept your application and determine the terms and conditions your policy/policies.

I have read the information above and confirm it is correct. I understand that by checking this box and providing the premium payment I agree that I am entering into a binding agreement with Hiscox Insurance Company Inc.