UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

          :

**HISCOX INSURANCE COMPANY INC.,**    :

          Plaintiff,    :

          :   **ORDER ADOPTING REPORT AND RECOMMENDATION**

      – against –    :

          :   24-CV-8533 (AMD) (MMH)

          :

**HIGHLINE DEVELOPERS NY INC, HSK MANAGEMENT INC, ROUD CESAR,**    :

          Defendants.    :

          :

---------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

On December 13, 2024, the plaintiff brought this action against Highline Developers NY Inc. ("Highline"), HSK Management Inc. ("HSK"), and Roud Cesar for a declaratory judgment that an insurance policy Hiscox issued to Highline and HSK is rescinded and void *ab initio* due to material misrepresentations made to Hiscox in the policy application. (ECF No. 1 ¶ 1.) The plaintiff also sought a declaratory judgment that it had no obligation to defend or indemnify HSK and Highline (or any other purported insured or additional insured) in Cesar's then-pending personal injury action in state court, or in any past, present, or future claim, occurrence, or suit that has been filed or may be filed in the future. (*Id.* ¶¶ 7–8.) The defendants did not answer the complaint or otherwise appear, and the Clerk of Court filed an entry of default as to Highline and HSK on March 11, 2025, and as to Cesar on July 2, 2025. (ECF Nos. 16, 17, 28.) On July 7, 2025, the plaintiff filed a motion for default judgment. (ECF No. 29.) The next day, the Court referred the motion to Magistrate Judge Marcia M. Henry. (*ECF Order dated July 8, 2025*.) On March 16, 2026, Judge Henry held a status conference to discuss whether there was a case or controversy in view of the March 3, 2026 stipulation of discontinuance in the underlying state

court action.  (*ECF Order dated Mar. 13, 2026; ECF Minute Entry dated Mar. 16, 2026.*)  On

March 17, 2026, Judge Henry issued a Report and Recommendation recommending that the

Court grant the motion in part and deny it in part.  (ECF No. 32.)  Judge Henry recommended

that the Court grant the plaintiff's request to declare the policy rescinded and void *ab initio*, but

deny the other requests as moot because of the discontinuance of the state court action.  (*Id.* at

16.)  No party has filed an objection to the report and recommendation and the time for doing so

has passed.

A district court reviewing a report and recommendation "may accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C.

§ 636(b)(1)(C).  To accept a report and recommendation to which no timely objection has been

made, "a district court need only satisfy itself that there is no clear error on the face of the

record."  *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014)

(citation omitted).  The Court has carefully reviewed Judge Henry's well-reasoned report and

recommendation for clear error and finds none.  Accordingly, the Court adopts the report and

recommendation in its entirety.  The motion for default judgment is granted.  The insurance

policy at issue is rescinded and void *ab initio*.

**SO ORDERED.**

s/Ann M. Donnelly

ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
        March 31, 2026

2